UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
BARRY KEITH BLACK, SR.,  
　　　　　　　　　　Debtors.

Case No.: __18-33460__  
Chapter: __7__  
Judge: __KCF__

## NOTICE OF PROPOSED ABANDONMENT

__Bunce D. Atkinson__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __February 5, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 4046 Quakerbridge Road, Lawrence Twsp., NJ 08648 ($260,000.00)<br>4050 and 4054 Quakerbridge Road, Lawrence Twsp., NJ 08648 ($1,090,000.00) |
|---|---|

| Liens on property: | Specialized Loan Servicing, 8742 Lucent Blvd., Ste. 300, Highland Ranch, CO 80129 ($326,967.00)<br>US Bank Nat'l Assn., Trustee for Lehman, Attn: Ocwen Loan Servicing, LLC, PO Box 24738, West Palm Beach, FL 33416 ($1,243,719.00) |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: __Bunce D. Atkinson, Esq.__  
Address: __PO Box 8415, Red Bank, NJ 07701__  
Telephone No.: __732-530-5300__

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-33460-KCF
Barry Keith Black, Sr.                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Jan 04, 2019
                              Form ID: pdf905          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2019.
```
db         +Barry Keith Black, Sr.,    4046 Quakerbridge Road,    Mercerville, NJ 08619-1007
517893536  +Afonso Baker Archie Foley, PC,    21 Route 130 South,    Cinnaminson, NJ 08077-2851
517893537  +Antoinette Black,   6 Marjorie Way,    Hamilton, NJ 08690-2700
517893538  +Bank of America,    100 N Tryon St., Ste. 170,    Charlotte, NC 28202-4024
517893539  +Charles Christine,    1 Moorsleigh Way,    Robbinsville, NJ 08691-3032
517893540  +Hudson City Savings,    W. 80 Century Road,    Paramus, NJ 07652-1437
517893541  +Joseph J. Cooper, PsyD/JD,    860 Lower Ferry Road,    Ewing, NJ 08628-3525
517893542  +Lawtrence Township Tax Collector,    P.O. Box 6006,    Lawrence Township, NJ 08648-0006
517893543  +Member Solutions/Event Manager,    P.O. Box 297,    Hatboro, PA 19040-0297
517893544  +Musulin Law Firm,    P.O. Box 100,    Mount Holly, NJ 08060-0100
517893545  #NJ American Water,    Attn: Penn Credit Corporatin,    P.O. Box 988,    Harrisburg, PA 17108-0988
517893546  +Roselli Griegal Lozier & Lazzaro, PC,    1337 Highway 33,    Hamilton Square, NJ 08690-1738
517893547  +Specialized Loan Servicing,    8742 Lucent Boulevard, Ste. 300,    Highland Ranch, CO 80129-2386
517893548  +Szaferman Lakind,    Quakerbridge Executive Center,    101 Grovers Mill Road, Ste. 200,
             Lawrence Township, NJ 08648-4706
517893549  +Tracey DeAmicis Black,    137 Lionheart Lane,    West Deptford, NJ 08086-2253
517893550  +U.S. Bank Nat'l Assn, trustee for Lehman,    Attn: Ocwen Loan Servicing, LLC,    P.O. Box 24738,
             West Palm Beach, FL 33416-4738
517893551  +Williams Law Group,    830 Morris Avenue, Suite 206,    Short Hills, NJ 07078-2620
517893552  +Yvette Ehring,    6 Marjorie Way,    Hamilton, NJ 08690-2700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jan 04 2019 23:29:43     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 04 2019 23:29:39     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
                                                                                             TOTAL: 2
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2019 at the address(es) listed below:
```
          Bunce Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com,
           maraujo@atkinsondebartolo.org
          Bunce Atkinson     bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
          Lawrence A Fox    on behalf of Debtor Barry Keith Black, Sr. lafoxlaw@aol.com
          Rebecca Ann Solarz    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
           Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A2
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```