UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | : | Case no.: | 18-33460 |
|---|---|---|---|
| Barry Keith Black, Sr. | : | | |
| | : | Chapter: | 7 |
| | : | | |
| | : | Judge: | Ferguson |
| Debtor(s) | : | | |
| | : | | |

## CERTIFICATION OF NO OBJECTION

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒  Abandonment

☐  Public Sale

☐  Private Sale

☐  Settlement of Controversy

☐  Auctioneer Compensation

Description of Property (if applicable):

4046 Quakerbridge Road, Lawrence Twsp, NJ 08648 and 4050 and 4054 Quakerbridge Road, Lawrence Twsp, NJ 08648.

JEANNE A. NAUGHTON, Clerk

Date: 1/31/2019 _____         By: Gary A. Nau _____

*rev.2/10/17*