| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**Robertson, Anschutz & Schneid, PL**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901 (main)<br>Telephone: 973-575-0707 (local)<br>Attorneys For Secured Creditor<br><br>Laura M. Egerman, Esq. (LE-8250) | |
| In Re:<br><br>**BARRY KEITH BLACK, SR.**,<br><br>Debtor. | Case No.: 18-33460-KCF<br><br>Chapter 7<br><br>Judge: Kathryn C. Ferguson |

### APPLICATION TO APPROVE CONSENT ORDER VACATING AUTOMATIC STAY AS TO 4050 AND 4054 QUAKERBRIDGE ROAD, MERCERVILLE, NJ 08619

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3 ("Secured Creditor"), by and through its undersigned counsel, hereby states:

1. Debtor Barry Keith Black, Sr. ("Debtor") filed the instant Chapter 7 Petition on November 29, 2018.

2. Secured Creditor holds a security interest in the Debtor's real property located at 4050 and 4054 Quakerbridge Road, Mercerville, New Jersey 08619 (hereinafter the "Property") by virtue of a Mortgage in the principal amount of $1,700,000.00, recorded October 16, 2006 in Book 9633, Page 156 in the Office of the Clerk/Register of Deeds for Mercer County, New Jersey (the "Mortgage").

3. Foreclosure proceedings with respect to the Property were initiated in the Superior Court of New Jersey, Chancery Division, Mercer County, as Docket F-011099-18 (the "Foreclosure Action").

4. Final Judgment in the amount of $1,351,686.16 was entered in the Foreclosure Action on October 18, 2018.

5. Debtor's Petition provides for the surrender of the Property (Docket 1, page 40, Part 1).

6. Secured Creditor and Debtor, by and through his counsel, Lawrence A. Fox, Esq., (Secured Creditor and Debtor being collectively referred to herein as "the Parties"), have come to an agreement with respect to vacating the automatic stay as it relates to the Property and permitting Secured Creditor to resume and prosecute the Foreclosure Action to conclusion.

7. The Consent Order which has been submitted directly to Chambers was entered into voluntarily by the Parties.

8. The Parties agree that the entry of the Consent Order is in the best interest of all parties.

**WHEREFORE**, Secured Creditor respectfully requests that this Honorable Court enter the Consent Order in the form submitted.

**Robertson, Anschutz & Schneid, P.L.**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone Number: 561-241-6901
Attorneys for Secured Creditor

By: /s/ Laura Egerman___
Laura Egerman, Esquire
NJ Bar ID: LE-8250
Email: legerman@rasnj.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (NEWARK)**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**Robertson, Anschutz & Schneid, PL**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone:  561-241-6901 (main)<br>Telephone:  973-575-0707 (local)<br>Attorneys For Secured Creditor<br><br>Laura M. Egerman, Esq. (LE-8250) | |
| In Re:<br><br>**BARRY KEITH BLACK, SR.**,<br><br>Debtor. | Case No.:  18-33460-KCF<br><br>Chapter 7<br><br>Hearing Date:<br><br>Judge:  Kathryn C. Ferguson |

## CERTIFICATION OF SERVICE

1. I, Laura Egerman, represent U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3 in this matter.

2. On February 21, 2019, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below:  Application Approving Consent Order Vacating Automatic Stay as to 4050 and 4054 Quakerbridge Road, Mercerville, NJ 08619.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: February 21, 2019

**Robertson, Anschutz & Schneid, P.L.**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone Number: 561-241-6901
E-mail: legerman@rasnj.com
Attorneys for Secured Creditor
By: /s/   Laura Egerman___
Laura Egerman, Esquire
NJ Bar ID:  LE-8250
Email:  legerman@rasnj.com

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Barry Keith Black, Sr.<br>4046 Quakerbridge Road<br>Mercerville, NJ 08619 | Debtor | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court*) |
| Lawrence A. Fox<br>Law Office of Lawrence A. Fox, Esq.<br>600 Lawrence Road<br>Lawrenceville, NJ 08648 | Debtor's Attorney | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court*) |
| Bunce Atkinson<br>Atkinson & DeBartolo<br>PO Box 8415<br>Red Bank, NJ 07701 | Chapter 7 Trustee | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court*) |
| Michael A. Artis<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand Delivered<br>■ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.