Order Filed on March 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**Robertson, Anschutz & Schneid, PL**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901 (main)<br>Telephone: 973-575-0707 (local)<br>Attorneys For Secured Creditor<br><br>Laura M. Egerman, Esq. (LE-8250) | |
| In Re:<br><br>**BARRY KEITH BLACK, SR.,**<br><br>Debtor. | Case No.: 18-33460-KCF<br><br>Chapter 7<br><br>Hearing Date:<br><br>Judge: Kathryn C. Ferguson |

## CONSENT ORDER VACATING AUTOMATIC STAY AS TO 4050 AND 4054 QUAKERBRIDGE ROAD, MERCERVILLE, NEW JERSEY 08619

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 1, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Page 2**
Debtor: Barry Keith Black, Sr.
Case No.: 18-33460-KCF
Caption of Order: <u>Consent Order Vacating Automatic Stay as to 4050 and 4054 Quakerbridge Road, Mercerville, New Jersey 08619</u>

Secured Creditor: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3

Secured Creditor's Counsel: Robertson, Anschutz & Schneid, PL

Debtor's Counsel: Lawrence A. Fox, Esq.

Property Involved: 4050 & 4054 Quakerbridge Road, Mercerville, NJ 08619 (the "Property")

For good cause shown, it is ORDERED AND DECREED as follows:

1. The **automatic stay is vacated as to the Property** to permit the Secured Creditor to institute or resume, and prosecute to conclusion, one of more actions in the court(s) of appropriate jurisdiction, to pursue Secured Creditor's rights in regard to the Property, including but not limited to Secured Creditor's foreclosure proceedings pending in the Superior Court of New Jersey, Chancery Division, Mercer County, as Docket F-011099-18, relating to the Property.

2. Facsimile signatures shall be valid as original signatures and this Consent Order may be executed in counterparts.

The undersigned hereby consent to the form and entry of the foregoing order.

_____
Lawrence A. Fox, Esquire
*Attorney for Debtor*
Date: 2/21/2019

_____
Laura M. Egerman, Esq.
*Attorney for Secured Creditor*
Date: 02-21-2019