**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**Robertson, Anschutz & Schneid, PL**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901 (main)
Telephone: 973-575-0707 (local)
Attorneys For Secured Creditor

Laura M. Egerman, Esq. (LE-8250)

**Order Filed on March 1, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

**BARRY KEITH BLACK, SR.,**

Debtor.

Case No.: 18-33460-KCF

Chapter  7

Hearing Date:

Judge: Kathryn C. Ferguson

## CONSENT ORDER VACATING AUTOMATIC STAY AS TO 4050 AND 4054 QUAKERBRIDGE ROAD, MERCERVILLE, NEW JERSEY 08619

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 1, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**Page 2**
Debtor: Barry Keith Black, Sr.
Case No.: 18-33460-KCF
Caption of Order: **Consent Order Vacating Automatic Stay as to 4050 and 4054 Quakerbridge Road, Mercerville, New Jersey 08619**

Secured Creditor:    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3

Secured Creditor's Counsel:    Robertson, Anschutz & Schneid, PL

Debtor's Counsel:    Lawrence A. Fox, Esq.

Property Involved:    4050 & 4054 Quakerbridge Road, Mercerville, NJ 08619 (the "Property")

For good cause shown, it is ORDERED AND DECREED as follows:

1. The **automatic stay is vacated as to the Property** to permit the Secured Creditor to institute or resume, and prosecute to conclusion, one of more actions in the court(s) of appropriate jurisdiction, to pursue Secured Creditor's rights in regard to the Property, including but not limited to Secured Creditor's foreclosure proceedings pending in the Superior Court of New Jersey, Chancery Division, Mercer County, as Docket F-011099-18, relating to the Property.

2. Facsimile signatures shall be valid as original signatures and this Consent Order may be executed in counterparts.

The undersigned hereby consent to the form and entry of the foregoing order.

Lawrence A. Fox, Esquire
*Attorney for Debtor*
Date: 2/21/2019

Laura M. Egerman, Esq.
*Attorney for Secured Creditor*
Date: 02.21.2019

United States Bankruptcy Court
District of New Jersey

In re:  
Barry Keith Black, Sr.  
      Debtor

Case No. 18-33460-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 01, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.  
db            +Barry Keith Black, Sr.,   4046 Quakerbridge Road,    Mercerville, NJ 08619-1007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                  TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2019 at the address(es) listed below:
              Bunce  Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce   Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Denise E. Carlon    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
               Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A2
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN
               BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3
               hkaplan@rasnj.com,  informationathnk@aol.com
              Laura M. Egerman    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN
               BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3
               bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
              Lawrence A Fox    on behalf of Debtor Barry Keith Black, Sr. lafoxlaw@aol.com
              Margaret  Mcgee    on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A2
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10